UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MANGKORN BUNTHONG,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **I-THAI, LLC,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 17-cv-251 (TSC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, (ECF No. 9), this action is hereby dismissed with prejudice. Each party to bear its own costs.

Date: November 29, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge